IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR436 |
| v. | ) | |
| TYREE LAMPKIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 59) is scheduled for:

**Friday, March 10, 2006, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 24th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court