IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:02CR436
                               )
      v.                       )
                               )
TYREE LAMPKIN,                 )        ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED:

1) The hearing on plaintiff's motion for Rule 35 (Filing No. 59) is rescheduled for:

**Thursday, March 9, 2006, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

2) Michael J. Poepsel, retained counsel for the defendant, remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

DATED this 28th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court