IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR436 |
| | ) | |
| v. | ) | |
| | ) | |
| TYREE LAMPKIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss the petition for warrant or summons for offender under supervision (Filing No. 86). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the petition for warrant or summons for offender under supervision is dismissed.

DATED this 11th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court